**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MELISSA DAVIS**                                                                           **PLAINTIFF**

**VERSUS**                                              **CAUSE NO. 3:21-cv-25-CWR-LGI**

**STRATEGIC DIVERSIFIED REAL ESTATE
HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;
CAMELOT APARTMENTS 287, LLC d/b/a
CAMELOT APARTMENTS; AND JOHN DOES
1-3 AND JOHN DOE ENTITIES 1-3**                              **DEFENDANTS**

---

**NOTICE OF FILING STATE COURT RECORD**

---

Notice is hereby given that Defendants, Strategic Diversified Real Estate Holdings, LLC d/b/a Camelot Apartments and Camelot Apartments 287, LLC d/b/a Camelot Apartment, by and through its attorneys of record, have this date served in the above entitled action the State Court Record.

Respectfully submitted on this, the 14th day of January, 2021.

                                              **Strategic Diversified Real Estate Holdings,
LLC d/b/a Camelot Apartments and
Camelot Apartments 287, LLC d/b/a
Camelot Apartments**

                                 By: *s/ Matthew M. Williams*
                                        MATTHEW M. WILLIAMS (#102541)
                                        JENNIFER M. YOUNG (#103758)
                                        **GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, A PLC**
                                        2510 14th Street, Suite 910
                                        Gulfport, MS 39501
                                        Telephone: (228) 214-4250
                                        Facsimile: (228) 214-9650
                                        Email: mwilliams@gallowaylawfirm.com
                                                             jyoung@gallowaylawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, as counsel of record for Defendants, do hereby certify that I have this date served the above and foregoing upon all counsel of record and interested persons using the Court's ECF filing system.

    Don H. Evans
    Don Evans, PLLC
    500 East Capitol Street, Suite 2
    Jackson, Mississippi 39201
    *Counsel for the Plaintiff*

This the 14th day of January 2021.

                                            *s/ Matthew M. Williams*
                                            MATTHEW M. WILLIAMS



```
COURT TERMS                                           COUNTY COURT
   CIRCUIT                                             2ND MONDAY
1ST MONDAY JANUARY                                      EACH MONTH
1ST MONDAY MARCH
1ST MONDAY MAY                                       SECOND DISTRICT
1ST MONDAY JULY                                          COUNTY
1ST MONDAY SEPTEMBER
1ST MONDAY NOVEMBER                                  2ND MONDAY MARCH
                                                     2ND MONDAY JUNE
 SECOND DISTRICT                                     2ND MONDAY SEPTEMBER
    CIRCUIT                                          2ND MONDAY DECEMBER
4TH MONDAY JANUARY
2ND MONDAY JULY
4TH MONDAY SEPTEMBER
```

**Office of the Circuit Court Hinds County**

**Zack Wallace Circuit Clerk**

www.hindscountyms.com

**MELISSA DAVIS**                                           **PLAINTIFF**

**VS**                                                      **NO 20-774**

**STRATEGIC DIVERSIFIED REAL ESTATE HOLDINGS LLC**          **DEFENDANT**
**D/B/A CAMELOT APARTMENTS ET AL**

### CLERK'S CERTIFICATION

I, **Zack Wallace, Clerk of Hinds County, Mississippi**, hereby certify that the attached are true and correct copies of all papers filed in the above styled and numbered cause, as of this date the same is of record in this office to wit:

**GIVEN UNDER MY HAND AND SEAL** of office this the 12th day of January 2021.

Zack Wallace, Circuit Clerk, Hinds County

By _M. Green_ D.C.

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2020)

**Court Identification Docket #**
County #: 25
Judicial District: 1
Court ID (CH, CI, CO): CI

**Case Year:** 2020

**Docket Number:** 774

**Local Docket ID:**

Month/Date/Year: 12/09/20 — *This area to be completed by clerk*

Case Number if filed prior to 1/1/94: _____

In the _____ Court of _____ County — _____ Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual:** Davis, Melissa
(Last Name, First Name, Maiden Name, M.I., Jr/Sr/III/IV)

___ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plainitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business:** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff:** _____

**Attorney (Name & Address):** Don Evans, PLLC, 500 East Capitol Street, Suite 2, Jackson, Mississippi 39201       **MS Bar No.** 5259

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
**Signature of Individual Filing:** /s/ Don H Evans

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual:** _____
(Last Name, First Name, Maiden Name, M.I., Jr/Sr/III/IV)

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

[X] Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency   Strategic Diversified Real Estate Holdings, LLC d/b/a Camelot Apartments

**Business:** GKL Corporate/ Search, Inc., One Capitol Mall, Suite 660, Sacremento, California 95814
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known:** _____       **MS Bar No.** _____

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other _____

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)
- [ ] Mental Health Commitment

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other _____

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other _____

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [X] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other _____

IN THE [CIRCUIT] COURT OF [HINDS] COUNTY, MISSISSIPPI
[FIRST] JUDICIAL DISTRICT, CITY OF [JACKSON]

Docket No. _____ - _____ _____    Docket No. If Filed
           File Yr     Chronological No.     Clerk's Local ID    Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A  [CAMELOT APARTMENTS 287, LLC]

**Business** [PARACORP INCORPORATED 248, LLC]
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
OF THE FIRST JUDICIAL DISTRICT

MELISSA DAVIS                                                 PLAINTIFF

VS.                                                                    NO: 20-774

STRATEGIC DIVERSIFIED REAL ESTATE
HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;
CAMELOT APARTMENTS 287, LLC d/b/a
CAMELOT APARTMENTS; AND JOHN DOES
1-3 AND JOHN DOE ENTITIES 1-3                           DEFENDANTS

## COMPLAINT
*{Trial By Jury Requested}*

COMES NOW the Plaintiff, Melissa Davis, and files this her Complaint against the Defendants, Strategic Diversified Real Estate Holdings, LLC d/b/a Camelot Apartments; Camelot Apartments 287, LLC d/b/a Camelot Apartments; and John Does 1-3 and John Doe Entities 1-3, and in support thereof, would respectfully show unto the Court the following facts, to-wit:

1.

That the Plaintiff, Melissa Davis, is an adult resident citizen of the First Judicial District of Hinds County, Mississippi.

2.

That the Defendant, Strategic Diversified Real Estate Holdings, LLC , is a California limited liability company, whose principal office is located in Westlake Village, California, that does business in the State of Mississippi and may be served with process of this Court by serving their agent of process, GKL Corporate/Search, Inc., One Capitol Mall, Ste. 660, Sacramento, California 95814. Said Defendant does business as Camelot Apartments in the State of Mississippi.

3.

That the Defendant, Camelot Apartments 287, LLC , is a California limited liability company, whose principal office is located in Westlake Village, California, that is licensed to do business in the State of Mississippi, and does business in the state of Mississippi, and may be served with process of this Court by serving their agent of process, Paracorp Incorporated, 248 E. Capitol Street, Suite 840, Suite 200, Jackson, Mississippi 39201. Said Defendant does business as Camelot Apartments in the State of Mississippi.

4.

The Defendants, John Does 1-3 and John Doe Entities 1-3 are persons and/or business entities whose identities are as yet unknown to Plaintiff, who may have owed the Plaintiff herein a duty of reasonable care, participated in the negligent acts or omissions which were a breach of said duty and which form the basis of Plaintiff's Complaint, and thereby proximately caused Plaintiff's injuries as alleged herein below. These persons and/or entities may be added as Defendants when their identities become known.

5.

That the Defendants, in the regular course of their business, operate and maintain an apartment complex known as Camelot Apartments located at 2840 Robinson Road, Jackson, Mississippi, First Judicial District of Hinds County, and at all times has been under a duty to operate and maintain its apartments and the premises in a reasonably safe condition, including the duty to maintain its stairways/stairwells, porches/decks, patios/balconies and steps in a reasonably safe condition for use by its tenants and/or invitees.

6.

Venue properly lies in the Circuit Court of the First Judicial District of Hinds County, Mississippi for the reason that the fall and related acts and omissions of the Defendants which forms the basis of Plaintiff's Complaint took place at Camelot Apartments, located at 2840 Robinson Road, Jackson, Mississippi, First Judicial District of Hinds County.

7.

The Plaintiff entered into a residential tenancy lease with the Defendants for Camelot Apartments to be her primary residence. During her tenancy with the Defendants at Camelot Apartments, the Plaintiff would show that on or about January 12, 2020, at approximately 2:00 p.m., she was leaving her apartment at Camelot, located on the second floor. Her children went down the outside front stairs before her, and Plaintiff, Melissa Davis was behind them going down the stairs. When she put her foot down on the third step from the top, the board (step) collapsed and she fell through the steps to the ground. As she was falling, she reached out with her right hand to grab on to a step but she could not grab hold to stop the fall, this caused the injury to her hand. She landed flat on her back and hit her head on the ground. One of her children went up the back staircase and got her boyfriend, Shamus Robinson, who came down to assist her back up stairs, by the back stairs. She made it back upstairs (the back stairs) to her apartment and cleaned herself up and her boyfriend took her to the Emergency Department at the Baptist Medical Center. Plaintiff sustained injuries to her lower back, both arms, both shoulders, head, right hand, right hip and right knee. The Defendants negligently failed to maintain and fully repair the stairway of the Plaintiff's apartment building, even with the knowledge that the boards of the Plaintiff's stairway were damaged, due to rotting. The Defendants negligently failed to provide a safe and proper place for the tenants/invitees of the

apartment complex; negligently failed to warn tenants/invitees that the boards of the stairway were rotten and /or needed to be repaired; and negligently created an inherently hazardous and dangerous condition which would be likely to and did cause Plaintiff to fall through the rotten board and injure herself. The Defendants created and/or permitted such a hazardous and dangerous condition, which caused Plaintiff to sustain such a fall, to exist and had actual and constructive knowledge of the existence of such condition prior to Plaintiff's fall and resulting injuries and failed to exercise ordinary care to correct the same.

8.

As a direct result of the Defendants' negligence, the Plaintiff would show that she suffered injuries and pain and suffering, including serious injuries to her lower back, both arms, both shoulders, head, right hand, right hip and right knee, among other injuries, and continues thereafter to suffer the aforesaid injuries and pain and suffering. As a direct result of the injuries sustained by the Plaintiff, she has incurred substantial pain and suffering and medical expenses and may incur additional pain and suffering and medical expenses for continuing treatment in the future. Plaintiff has also suffered, and continues to suffer from loss of wage and wage earning capacity, and reasonably expects to incur such losses for an indefinite period of time into the future.

9.

At all times relevant herein, the Plaintiff was a tenant/ invitee on the Defendant's premises, and was owed the duty of reasonable care and related obligations as imposed under the common law of Mississippi. By allowing and maintaining an unreasonably unsafe condition to exist on the premises, which in turn created an unreasonable risk of injury to the Plaintiff, the Defendants

breached the duty it owed to Plaintiff, and this breach further proximately caused the injuries to Plaintiff as herein alleged.

10.

At all times pertinent, Plaintiff was exercising reasonable care for her own safety, and neither her fall, nor the injuries resulting therefrom were in any way due to any negligence on her part, but were the sole, direct and proximate result of the Defendants' negligence.

11.

The Plaintiff further charges that the doctrine of *Res Ipsa Loquitur* "the thing speaks for itself" applies to the facts and circumstances of this incident as above alleged. The Plaintiff charges that the negligence is raised by inference because the event which caused the injury and damage are of the kind which do not ordinarily occur in the absence of someone else's negligence. Based on the legal theory of *Res Ipsa Loquitur* which applies to this case, the injuries received by Plaintiff were a direct proximate cause of the Defendants' negligence.

12.

The Defendants' actions and inactions violated the Mississippi Landlord Tenant Act of Miss. Code Ann. § 89-8-1 *et seq,* including Miss. Code Ann. §89-8-23(1)(a) and (b). Defendants negligently and grossly negligently failed to comply with the requirements of applicable building and housing codes materially affecting health and safety. Moreover, Defendants failed to maintain the dwelling unit in substantially the same condition as at the beginning of the lease.

13.

Defendants' violations of Miss. Code Ann.§ 89-8-1 *et seq* were reckless and/or willful and constitute reckless disregard for the safety and well-being of the Plaintiff.

14.

Defendants' violations of Miss. Code Ann. § 89-8-1 *et seq* were the proximate cause of the Plaintiff's serious emotional and bodily injury.

15.

Further, Defendants breached the implied warranty of habitability implicit in every residential lease. The Defendants were on notice, or constructive notice, of a dangerous and defective condition on the subject property, and the Defendants failed to exercise reasonable care to repair the defective conditions. Defendants' actions and inactions were negligent, willful, reckless and in disregard of the Plaintiff's safety. Defendants' breach of the implied warranty of habitability proximately caused the Plaintiff's serious emotional and bodily injuries.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff sues and demands judgment, jointly and severally, of and from the Defendants, Strategic Diversified Real Estate Holdings, LLC d/b/a Camelot Apartments, Camelot Apartments 287, LLC d/b/a Camelot Apartments, and John Does 1-3 and John Doe Entities 1-3, in the sum of $1,500,000.00, inclusive of all damages herein reference, together with attorneys fees and all costs herein expended.

RESPECTFULLY SUBMITTED,
**MELISSA DAVIS, PLAINTIFF**

BY: _____
DON H. EVANS

OF COUNSEL:
DON H. EVANS, MSB #5259
DON EVANS, PLLC
500 East Capitol Street, Suite 2
Jackson, MS 39201
Telephone: (601) 969-2006
ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
OF THE FIRST JUDICIAL DISTRICT

MELISSA DAVIS                                                                   PLAINTIFF

VS.                                                                    NO: 20-774

STRATEGIC DIVERSIFIED REAL ESTATE
HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;
CAMELOT APARTMENTS 287, LLC d/b/a
CAMELOT APARTMENTS; AND JOHN DOES
1-3 AND JOHN DOE ENTITIES 1-3                                          DEFENDANTS

## † S U M M O N S †

THE STATE OF MISSISSIPPI TO THE SHERIFF OF _____ COUNTY OR ANY OTHER LAWFUL PERSON:

    TO:    STRATEGIC DIVERSIFIED REAL ESTATE HOLDINGS, LLC
              Upon their agent for service of process
              GKL Corporate/Search, Inc.
              One Capitol Mall, Suite 660
              Sacremento, California 95814

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

    You are required to mail or hand-deliver a copy of a written response to the Complaint to:

    **DON H. EVANS**
    **500 E. Capitol St., Suite 2**
    **Jackson, MS 39201**
    **Phone: (601) 969-2006**

    Your response to the Complaint must be mailed or delivered within thirty [30] days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or delivered within forty-five [45] days from the date of delivery of this Summons.

    You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

    ISSUED under my hand and the seal of said Court, this the ___9___ day of __December__ 2020.

                                                                              BY:_____
                                                                                     D.C.

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
OF THE FIRST JUDICIAL DISTRICT

**MELISSA DAVIS**                                                                                          **PLAINTIFF**

**VS.**                                                                       NO: 20-774

**STRATEGIC DIVERSIFIED REAL ESTATE
HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;
CAMELOT APARTMENTS 287, LLC d/b/a
CAMELOT APARTMENTS; AND JOHN DOES
1-3 AND JOHN DOE ENTITIES 1-3**                                           **DEFENDANTS**

## † S U M M O N S †

THE STATE OF MISSISSIPPI TO THE SHERIFF OF _____ COUNTY OR ANY OTHER LAWFUL PERSON:

TO:   CAMELOT APPARTMENTS 287, LLC
      Upon their agent for service of process
      Paracorp Incorporated
      248 East Capitol Street, Suite 840, Suite 200
      Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

DON H. EVANS
500 E. Capitol St., Suite 2
Jackson, MS 39201
Phone: (601) 969-2006

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or delivered within forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the 9 day of December 2020.

BY: Karlo Bailey
    D.C.

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
OF THE FIRST JUDICIAL DISTRICT

**MELISSA DAVIS**                                              **PLAINTIFF**

VS.                                                      NO: _20-774_

**STRATEGIC DIVERSIFIED REAL ESTATE**
**HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;**
**CAMELOT APARTMENTS 287, LLC d/b/a**
**CAMELOT APARTMENTS; AND JOHN DOES**
**1-3 AND JOHN DOE ENTITIES 1-3**                              **DEFENDANTS**

## † S U M M O N S †

THE STATE OF MISSISSIPPI TO THE SHERIFF OF _____ COUNTY OR ANY OTHER LAWFUL PERSON:

TO:   CAMELOT APPARTMENTS 287, LLC
      Upon their agent for service of process
      Paracorp Incorporated
      248 East Capitol Street, Suite 840, Suite 200
      Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

*THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.*

You are required to mail or hand-deliver a copy of a written response to the Complaint to:

**DON H. EVANS**
**500 E. Capitol St., Suite 2**
**Jackson, MS 39201**
**Phone: (601) 969-2006**

Your response to the Complaint must be mailed or delivered within thirty [30] days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the First Set of Interrogatories and Request for Production of Documents attached to the Complaint must be mailed or delivered within forty-five [45] days from the date of delivery of this Summons.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this the ___9___ day of _December_, 2020.

BY: _____
      D.C.

PROOF OF SERVICE – SUMMONS

Name of Person or Entity Served: CAMELOT APARTMENTS 287, LLC UPON their Agent for Service OF Process, PARACORP INCORPORATED & RENEE CALDEPATT, Accepted For them! Tom Evans

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set fourth below (Process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used)

( ) FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid) copies to the person served, together with the copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)

(X) PERSONAL SERVICE. I have personally delivered copies of the summons and complaint on the 23rd AD day of DECEMBER, 2020 to: RENEE CALDEPATT FOR R/A PARACORP INCORPORATED, where I found said person in HINDS County in the State of Mississippi. FOR CAMELOT APARTMENTS 287, LLC @ 2:25p.m.

( ) RESIDENCE SERVICE. After due diligence I was unable to deliver copies of the summons and complaint to _____ within _____ County, Mississippi. I served the summons and complaint on the ___ day of _____, 2020, at the usual place of abode of said _____, by leaving a true copy of said summons and complaint with _____, who is the _____, a member of the family of the person served above the age sixteen years and willing to receive the summons and complaint, and thereafter on the ___ day of _____, 2020, I mailed (by first class mail, postage prepaid) copies to the person served at his or her place of abode where the copies were left.

( ) CERTIFIED MAIL SERVICE. By mailing to an address outside of Mississippi (by first class mail, postage prepaid, requiring return receipt) copies to the person to be served. (Attach signed return receipt or other evidence of actual delivery to the person to be served.)

Process server must list below: [Please print or type}
Name TOM H. EVANS
Address: 500 E. CAPITOL ST. STE. 2 Jackson, MS 39201
Telephone No. 601-201-0642

State of Mississippi
County of Hinds

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named TOM EVANS who by me first being duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

Tom H. Evans
Process Server (signature)

Sworn to and subscribed before me this the 28th day of December, 2020.

Karen Newman
NOTARY PUBLIC    (SEAL)

MY COMMISSION EXPIRES: [notary seal: KAREN NEWMAN, Commission Expires 01-08-20__, ID 209413, Madison County, STATE OF MISSISSIPPI]

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**OF THE FIRST JUDICIAL DISTRICT**

**MELISSA DAVIS**                                                                                    **PLAINTIFF**

**VS.**                                                                                                          **NO: 20-774**

**STRATEGIC DIVERSIFIED REAL ESTATE**
**HOLDINGS, LLC d/b/a CAMELOT APARTMENTS;**
**CAMELOT APARTMENTS 287, LLC d/b/a**
**CAMELOT APARTMENTS; AND JOHN DOES**
**1-3 AND JOHN DOE ENTITIES 1-3**                                                     **DEFENDANTS**

### NOTICE OF SERVICE OF WRITTEN DISCOVERY

COMES NOW the Plaintiff, by and through counsel undersigned, and hereby gives notice to the Court that the following discovery has been served upon the Defendants:

*Plaintiff's First Set of Interrogatories and Requests for Production of Documents Propounded to Defendant, Camelot Apartments 287 d/b/a Camelot Apartments.*

Further notice is hereby given that the originals have been retained in our files.

RESPECTFULLY SUBMITTED this the 23rd day of December, 2020.

                                                                  **Melissa Davis, Plaintiff**

                                                          BY: */s/ Don H. Evans*
                                                             DON H. EVANS, Esq.

OF COUNSEL:
DON H. EVANS, MSB #5259
DON EVANS, PLLC
500 East Capitol, Suite 2
Jackson, Mississippi 39201-3302
Telephone: (601) 969-2006
aedevanslaw@gmail.com
ATTORNEY FOR PLAINTIFF

# C E R T I F I C A T E  O F  S E R V I C E

I, Don H. Evans, attorney for the Plaintiff, do hereby certify that a true and correct copy of the above and foregoing Notice of Service, and the Written Discovery referenced herein, has been served with the Summons and Complaint upon the following:

*CAMELOT APPARTMENTS 287, LLC*
  *Upon their agent for service of process*
   *Paracorp Incorporated*
   *248 East Capitol Street, Suite 840*
   *Jackson, Mississippi 39201*

THIS, the 23rd day of December, 2020.

      */s/ Don H. Evans*
      Don H. Evans